No. 1103, Misc. CROSS *v.* KENTON, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for respondent.

No. 1125, Misc. CORONADO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1178, Misc. MACHADO *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. Petitioner *pro se. Nat H. Hentel* and *Benj. J. Jacobson* for respondent.

No. 1179, Misc. CRAWFORD *v.* DAVIS ET AL. C. A. 3d Cir. Certiorari denied. *Thomas B. Rutter* for petitioner.

No. 187, Misc. McILVAINE ET AL. *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Maurice R. Woulfe* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, *William P. Schuler,* Assistant Attorney General, and *Jim Garrison* for respondent.

No. 223, Misc. YOUNG *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. William I. Siegel* for respondent.

No. 505, Misc. ENGBERG *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Robert C. Londerholm,* Attorney General of Kansas, and *J. Richard Foth* and *Richard H. Seaton,* Assistant Attorneys General, for respondent.